Exhibit 1

CHJ-646
04/18

**MICHIGAN DEPARTMENT OF CORRECTIONS** – Bureau of Health Care Services

I have reviewed the results of the (choose all that apply):

- [ ] Lab Work
- [x] X-Rays
- [ ] CAT scan
- [ ] MRI
- [ ] Biopsy
- [ ] Ultrasound
- [ ] Mammogram
- [ ] Other ____

which you received on _____2/8/2024_____.
(Date)

**Your Test Results Indicate:** Healed wrist bone. Minor stable tiny bone flake in the little finger.

- [x] No clinically significant abnormality exists; therefore, no change in treatment plan is necessary.

- [ ] An abnormality exists, which requires follow-up, but no immediate treatment.
  Follow-up will be scheduled for _____.
  (Date or approximate time frame)

- [ ] No clinically significant abnormality exists. You will be scheduled for further diagnostic testing on _____.
  (Date or approximate time frame)

- [ ] No clinically significant abnormality exists. If your complaint/symptoms fail to resolve, you should kite for re-evaluation.

**MP Comments:** There is no need for additional treatment at this time.

MP Signature: _SICIS MD_  Date: 2-12-2024

**DIAGNOSTIC TESTING RESULT NOTIFICATION**

Patient Identification
Lock: 5:124 bot
Name: SIMS
Number: 770573
D.O.B.: 9/13/91