Exhibit 2

# Michigan Department of Corrections
## Medical Detail Special Accommodations

| Off #: | 0770573 | Offender Name: | Sims, Dantrell Jayvone | | |
|---|---|---|---|---|---|
| __ No Work | | | | Exp. Date: | |
| __ Lay In | | | | Exp. Date: | |

**Housing Restriction:**

X  No Restrictions

**Physical Limitation/Restriction**

X  No Restrictions

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Splint fiberglass | 01/20/2023 | 03/20/2023 | |
| Ace Wrap  see x-rays if still needed. | 01/17/2023 | 01/20/2023 | |
| Ice Pack | 01/17/2023 | 01/20/2023 | |

Comments:  N/A

01/20/2023
Date

Offender Name:  **Sims, Dantrell Jayvone**    Off #:  **0770573**    Lock:  **500:020:Top:A**

**ALL EXPIRATION DATES ARE AT 24:00**