

# STATE OF MICHIGAN
## DEPARTMENT OF CORRECTIONS
### LANSING

GRETCHEN WHITMER
GOVERNOR

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #: 146699
28E

**To Prisoner:** Sims  **#:** 770573
**Current Facility:** ECF
**Grievance Identifier:** URF-23-07-1350-28E
**Step III Received:** 11/1/2023

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

## THE REJECTION IS UPHELD.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

NOV 07 2023

_Richard D. Russell_
**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

CC: Warden, Current Facility:
Warden, Grieved Facility: URF

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909